

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00107-CR

Robert **MARTINEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Irene Rios, Justice

Delivered and Filed:  March 14, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant Robert Martinez, proceeding *pro se*, attempts to appeal from the trial court's January 12, 2018 order denying his motion for judgment *nunc pro tunc* seeking additional pre-sentence jail time credit.  However, the Texas Court of Criminal Appeals has held that the proper procedure for challenging the denial of a motion for judgment *nunc pro tunc* is by writ of mandamus, not by appeal.  *See Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) ("If the trial court denied the motion for judgment *nunc pro tunc* or fails to respond, relief may be sought by filing an application for writ of mandamus in a court of appeals.").

Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH